**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| SHEILA MURPHY, | : No. 115 WM 2018 |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| HONORABLE JOHN T. MCVAY, JR., | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of October, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and the Application for a Stay are DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.